RETURN OF SERVICE
Case Number: 08 CV 0300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff:  MARIANNE FEZZA and JAMES K. DUANE, et al.
Defendant:  JP MORGAN CHASE & CO., et al.

Served Upon: JP Morgan Chase Bank, N.A.
c/o C.T. Corp. Systems – 111 Eighth Ave., New York, NY  10111

| Service of the SUMMONS & COMPLAINT was made by me   WILLIAM E. WITTENHAGEN | DATE 3-31-08 |
|---|---|
| NAME OF PERSON SERVED: SAITI JAIRAM | TITLE: PROCESS SPECIALIST |
| Check one box below to indicate appropriate method of service | |

__ Served personally upon the defendant. Place where served: _____

X Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the Summons and Complaint were left: SATI JAIRAM
TITLE: PROCESS SPECIALIST

The documents were served at the following location:

---

DECLARATION OF SERVER

---

I declare under penalty of perjury under the laws of the United States
of America that the foregoing information contained in the Return of Service
is true and correct.

Executed on __3-31-08__                    _[signature]_
                Date                          Signature of Server

Avvocato Litigation Support
International, Inc.
4 Airline Drive
Albany, New York 12205
Phone (518) 452-6404
F # 2050 - 1842  (1842)
C # 226135
CF# FEZZA