RETURN OF SERVICE
Case Number: 08 CV 0300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff:   MARIANNE FEZZA and JAMES K. DUANE, et al.
Defendant:   JP MORGAN CHASE & CO., et al.

Served Upon:  JP Morgan Chase & Co.
c/o C.T. Corp. Systems – 111 Eighth Ave., New York, NY  10111
-----------------------------------------------------------------|---------------------------

Service of the SUMMONS & COMPLAINT
was made by me        WILLIAM E. WITTENHAGEN              DATE 3-31-08
-----------------------------------------------------------------|---------------------------

TITLE: PROCESS SERVER
-----------------------------------------------------------------|---------------------------

Check one box below to indicate appropriate method of service
-----------------------------------------------------------------|---------------------------

__ Served personally upon the defendant.  Place where served: _____

X Left copies thereof at the defendant's dwelling house or usual place of
abode with a person of suitable age and discretion then residing therein.
Name of person with whom the Summons and Complaint were left: SATI JAIRAM
TITLE:  PROCESS SPECIALIST

The documents were served at the following location:

-----------------------------------------------------------------------------
DECLARATION OF SERVER
-----------------------------------------------------------------------------

I declare under penalty of perjury under the laws of the United States
of America that the foregoing information contained in the Return of Service
is true and correct.

Executed on    3-31-08
               _____          _____
                    Date                       Signature of Server

Avvocato Litigation Support
International, Inc.
4 Airline Drive
Albany, New York 12205
Phone (518) 452-6404
F # 2049 - 1842  (1842)
C # 226135
CF# FEZZA