M. MAHON, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIANNE FEZZA and JAMES
DUANE, Individually and on Behalf of
Other Persons Similarly Situated,

    Plaintiffs,

v.

JP MORGAN CHASE & CO. and
JP MORGAN CHASE BANK, N.A.

    Defendant.

No. 08 Civ. 3004 (CM) (THK)

ELECTRONICALLY FILED

---

## STIPULATION AND ORDER EXTENDING
## TIME TO RESPOND TO COMPLAINT

It is hereby stipulated, by and between the parties in the above-captioned matter, that Defendants' time to answer, move, or otherwise respond to the Complaint, is extended until May 21, 2008.

LOCKS LAW FIRM, PLLC

By: _____
Seth R. Lesser (SL-5560)
Fran L. Rudich (FR-7577)

110 East 55th St., 12th Floor
New York, New York 10022
(212) 838-3333

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Sam S. Shaulson (SS-0460)
Debra Morway (DM-2629)

101 Park Avenue
New York, New York 10178
(212) 309-6000

1-NY/2301448.1

Attorneys for Plaintiffs                Attorneys for Defendants

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.

4-22-08

2