# L· LOCKS LAW FIRM
PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

May 13, 2008

4

**Via Hand Delivery**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl St., Room 640
New York, NY 10007

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

Re:   Fezza, et al. v. JP Morgan Chase & Co., et al.
      08cv3004

Dear Judge McMahon:

   We represent the Plaintiffs, Marianne Fezza and James Duane in the above-referenced action. We are writing to request an extension of time to file our opposition to the motion to consolidate this case with *Clarke v. J.P. Morgan & Co.*, 08 Civ. 2400 and to appoint the attorneys in that case interim co-lead counsel for the consolidated case.

   Currently the opposition is due May 16, 2008, but because of the press of other litigation, including court appearances, we are requesting a week, until May 23, 2008, to submit our opposition. This is our first request for such an extension and the moving parties in the Clarke motion consent to this request. The Defendant, J.P. Morgan, takes no position regarding this request.

   We respectfully request that the Court grant this reasonable extension.

Very truly yours,

F. Rudich

Fran L. Rudich

Cc:   Jack Raisner, Esq. (via facsimile and first class mail)
      Debra Morway, Esq. (via facsimile and first class mail)

*[Handwritten endorsement:]* You must appear at the Fezzt conference on the 23d at 11:45 am. I intend to decide the motion on the 23d. I will give you until noon on the 21st. CMMcM

PHILADELPHIA, PA   CHERRY HILL, NJ   MEDIA, PA