Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Debra S. Morway
Partner
212.309.6298
dmorway@morganlewis.com

**MEMO ENDORSED**

May 13, 2008

**VIA FACSIMILE**

Honorable Colleen McMahon, U.S.D.J.
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Fezza et al. v. J.P. Morgan Chase & Co., 08 Civ. 3004*

Dear Judge McMahon:

As you know, we represent Defendant J.P. Morgan Chase & Co. in the above-referenced matter. We are in receipt of Ms. Rudich's letter of May 13, 2008 concerning Plaintiffs' request for an extension of time to file their opposition to our motion to consolidate this case with *Clarke v. J.P. Morgan Chase & Co., 08 CV 2400* and to appoint the attorneys in that case interim co-lead counsel for the consolidated case. Defendant consents to Plaintiffs' request.

Respectfully submitted,

Debra S. Morway /s

Debra S. Morway

c:    Fran L. Rudich, Esq. (*Via Facsimile*)

*[Handwritten endorsement:]* I will confer the BOTH. cases on the 23d, decide all matters and put decisions on the record.

Colleen McMahon
5/14/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08