UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANNE FEZZA and JAMES K. DUANE, Individually and on Behalf of all Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JP MORGAN CHASE & CO and, JP MORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No.08 Civ. 3004<br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL**<br>**PURSUANT TO F.R.C.P. 41 (a)(1)** |

The Plaintiffs, Maryanne Fezza and James Duane, and opt-in Plaintiff, Richard Majewski, by and through their undersigned attorneys, hereby gives notice, in accordance with Fed. R. Civ. P. 41(a)(1), of the voluntary dismissal of the above entitled action without order of the court. With respect thereto, the Plaintiffs state that no answer or motion for summary judgment has been received by counsel for the Plaintiffs. Such dismissal is without prejudice and is not on the merits. There has been no prior dismissal in any court of the United States or of any state of an action based on or including the same claim as presented by the Plaintiffs in its complaint herein.

Dated: May 22, 2008

/s/ Fran L. Rudich
Seth R. Lesser (SL 5560)
Fran L. Rudich (FR 7577)
LOCKS LAW FIRM, PLLC
110 East 55th Street, 12th Floor
New York, New York 10022
Telephone: (212) 838-3333
Facsimile: (212) 838- 3735

Jeffrey M. Gottlieb (JG 7905)
BERGER & GOTTLIEB
150 East 18th Street, Suite PHR
New York, New York 10003
Telephone (212) 228-9795

*Attorneys for Plaintiffs*